UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABN AMRO MORTGAGE GROUP, INC.,　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　04-CV- 0518 (KAM)
　　　　　　　　　*Plaintiff,*

　-against-

EDDIE RODRIGUEZ, *et al.*,

　　　　　　　　　　　　　　*Defendants.*
-----------------------------------------------------------------X

　　　　An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on August 26, 2010, reactivating and granting ABN AMRO's summary judgment motion; and directing the Clerk of Court to enter judgment in favor of ABN AMRO with respect to all of the Rodriguez Counterclaims; and dismissing the Rodriguez Third Party Claims, with prejudice, as to all remaining third party defendants for failure to prosecute; and entering judgment in favor of all Third Party Defendants; it is

　　　　ORDERED and ADJUDGED that ABN AMRO's summary judgment motion is reactivated and granted; that judgment is hereby entered in favor of ABN AMRO with respect to all of the Rodriguez Counterclaims; and that it is further,

　　　　ORDERED and ADJUDGED that the Rodriguez Third Party Claims are dismissed, with prejudice, as to all remaining third party defendants for failure to prosecute; and that judgment is hereby entered in favor of all Third Party Defendants.

Dated: Brooklyn, New York
　　　　September 30, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court